# Court of Appeals
# of the State of Georgia

ATLANTA, September 26, 2012

*The Court of Appeals hereby passes the following order:*

**A12A2468.  IN THE INTEREST OF J. J. C., A CHILD (FATHER) v. IN THE INTEREST OF J. J. C., A CHILD (MOTHER)**

This appeal stems from a deprivation proceeding in the juvenile court.  The father filed a motion to dismiss, which the trial court denied.  The father then filed this direct appeal. We lack jurisdiction.

Where an order in a deprivation proceeding includes a decision as to temporary custody of the child, it is subject to direct appeal.  See *In the Interest of S. J.*, 270 Ga. App. 598 (1) (607 SE2d 225) (2004).  The order at issue here, however, did not include any decision as to custody.  Instead, it merely denied the father's motion to dismiss the case.  Therefore, it is an interlocutory ruling that may be appealed only by following the interlocutory appeal procedure of OCGA § 5-6-34 (b).  See *Davis v. Davis*, 242 Ga. 322 (249 SE2d 90) (1978).  Appellant's failure to comply with the interlocutory appeal requirements deprives us of jurisdiction to review this appeal, which is hereby dismissed.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 09/26/2012
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

 *, Clerk.*